AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:26-mj-00047 |
| | ) Assigned To: Judge Sharbaugh, Matthew J. |
| DEYON HAMPTON, JR. | ) Assign. Date: 3/5/2026 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **February 14, 2026** in the county of _____ in the District of **Columbia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 844(i) | Maliciously damage/destroy commercial property using fire/explosive |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

*Complainant's signature*

Christopher Somers, Task Force Officer, ATF
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: 03/05/2026

*Judge's signature*

City and state: Washington, DC    Matthew J. Sharbaugh, U.S. Magistrate Judge
*Printed name and title*