AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>DEYON HAMPTON, JR.<br><br>_____<br>*Defendant* | )<br>)<br>) Case No.  26-mj-47<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* DEYON HAMPTON, JR.                                                                  ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 844(i) - Maliciously damage/destroy commercial property using fire/explosive

Date: 03/06/2026

*Issuing officer's signature*

City and state:  Washington, DC

Matthew J. Sharbaugh, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 9 March 26, and the person was arrested on *(date)* 9 March 26
at *(city and state)* Washington, DC.

Date: 9 March 26

*Arresting officer's signature*

Daniel G. Dalton
*Printed name and title*